**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

AOB Products Company

                                              Plaintiff,

v.                                                              Case No.: 1:24–cv–00472
                                                                Honorable John F. Kness

Nanyang Jianling Trading Co. Ltd.

                                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 27, 2024:

        MINUTE entry before the Honorable John F. Kness: Plaintiff's motion [7] for electronic service of process under Rule 4(f)(3) of the Federal Rules of Civil Procedure is granted for the reasons provided by Plaintiff. The Court regrets its delay in addressing this motion. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.