AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

AOB PRODUCTS COMPANY

CASE NUMBER: 1:24-cv-00472

V.

ASSIGNED JUDGE: Hon. John F. Kness

NANYANG JIANLING TRADING CO., LTD.

DESIGNATED MAGISTRATE JUDGE: Hon. Sunil R. Harjani

TO: (Name and address of Defendant)

Nanyang Jianling Trading Co., Ltd.
Meixi Street Yiyuan Community
Nanyang City
Wolong District
Henan 473000 CN
1401349837@qq.com

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Devon C. Beane
devon.beane@klgates.com
K&L GATES LLP
70 W. Madison St., Suite 3300, Chicago, IL 60602
Attorney for Plaintiff AOB Products Co.

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



August 27, 2024
_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>August 28, 2024 |
| NAME OF SERVER *(PRINT)*<br>Devon C. Beane | TITLE<br>Partner, K&L Gates |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to ECF No. 8, counsel for Plaintiff electronically served the summons and Complaint on Defendant Nanyang Jianling Trading Co. Ltd.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 28, 2024
*Date*

*Signature of Server*: Devon C. Beane

70 W. Madison St. Suite 3300 Chicago, IL 60602
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.