BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AOB PRODUCTS COMPANY | ) |
| | ) **Case Number**: 1:24-cv-00472 |
| Plaintiff | ) |
| | ) **Judge: Hon. John F.Kness** |
| v. | ) |
| NANYANG JIANLING TRADING | ) **Magistrate Judge: Hon. Sunil R. Harjani** |
| CO., LTD. | ) |
| Defendant | ) |

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

UNITED STATES DISTRICT

COURT NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_ Attorney for PlaintiffAOB Products Co.

_ _____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No:_____

(To be supplied by the <u>Clerk of this Court</u>)

_ Nanyang Jianling Trading Co.,Ltd.

_____

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

CHECK ONE ONLY:                     <u>AMENDED COMPLAINT</u>

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

I.        Plaintiff(s):_

        A. Name:  Devon C. Beane

        B. List all aliases:  Attorney for Plaintiff AOB Products Co

        C. Prisoner identification number:

        D. Place of present confinement: 70 W.Madison St., Suite3300, Chicago, IL 60602

        E. Address: 70 W.Madison St., Suite3300, Chicago, IL 60602

        (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.       Defendant(s):

        (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

        A.  Defendant:     Nanyang Jianling Trading Co.,Ltd.

            Title:    corporation

            Place of Employment:  Meixi Street Yiyuan Community Nanyang City Wolong District Henan 473000 CN

        B.  Defendant:

            Title:

            Place of Employment:

        C.  Defendant:

            Title:

            Place of Employment:

        (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number:_____

B. Approximate date of filing lawsuit:_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:_____

_____

_____

_____

D.   List all defendants:_____

_____

_____

_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):_____

F. Name of judge to whom case was assigned:_____

_____

G. Basic claim made:_____

_____

_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?):_____

_____

_____

I. Approximate date of disposition:_____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. COPLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

IV.     Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ASE NUMBER:   1:24-cv-00472Detailed description of the case

ASSIGNED JUDGE:   Hon. John F.Kness

ADING CO.,     DESIGNATED

MAGISTRATE JUDGE:Hon. SunilR. Harjani

Case No. 1:24-cv-00472     Filing time：2024.8.27

Attorney ：for Plaintiff AOB Products Co

AOB Acting lawyer：Devon C.Beane

The subpoena we received via email from AOB on August 30, 2024 is incredible

Because the end of last year has been explained to the company, at that time the other party did not say anything.    We think we're on the same page

Our company is a foreign trade company with no design, production and processing capabilities. We only purchase products from other companies for trading. Due to multiple crackdowns by AOB company, we have accumulated more than 6000 sets of products and closed our inventory in our warehouse in China on 2024 January 19th year. Due to the ban on sales, we owe a large amount of funds to the processing manufacturers, have been sued multiple times, and our personnel have become untrustworthy. We had to apply for a change to a personal store on the Amazon platform in February, because if we still can't hold on like this, we plan to close the store and switch to a domestic store in China. When we received the first letter from AOB company, we immediately contacted the supplier to make a lot of modifications, as shown below. (This product is a second-generation product)

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**



Since our after-sales service period is two years, sometimes it is possible that other people's returns, Amazon will carry out secondary sales. However, since January 2024 year, we have not sent the products shown in the following picture to the Amazon warehouse。

 (This product is a first-generation product    )

We don't want to compete with AOB for a long time. We just want to do good business and serve the American people well. To provide the American people with quality services and inexpensive goods. Let people from all walks of life in the United States have access to our goods and reduce their financial expenses.

In addition, we have specifically noted in the product description that the products we sell are not from the company, allowing everyone to choose whether to purchase or not. At the same time, in order to better distinguish ourselves from them, we have made multiple upgrades and changes, as shown in the following figure. (This product is a third-generation product).

**Revised 9/2007**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**




In order to completely differentiate ourselves from the AOB company products, we have updated our fourth generation products and added our trademark. As follows。





Due to the chaotic supplier management of AOB company, AOB's original products have been sold by Chinese sellers in multiple stores such as EBAY or other e-commerce platforms. At the same time, I found that the components in the products sold on Amazon and the original products of AOB company come from the same mold, and I have never seen their company stop them.Why do they repeatedly suppress our company?



**Revised 9/2007**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**





https://www.amazon.com/TKKOK-Hunting-Aluminum-Adjustable-Shooting/dp/B0

D2GVN5NZ/ref=rvi_d_sccl_1/141-0653756-0624308?pd_rd_w=2qAb6&content-id=am

zn1.sym.f5690a4d-f2bb-45d9-9d1b-736fee412437&pf_rd_p=f5690a4d-f2bb-45d9-9d1b-

736fee412437&pf_rd_r=8NVZBNVWKG3ZQ0QV5CAR&pd_rd_wg=pvqhW&pd_rd_r

=58b4b10e-36e3-4075-bd01-7772b72471a9&pd_rd_i=B0D2GVN5NZ&psc=1

https://www.amazon.com/dp/B0CR5G6DW8/ref=sspa_dk_detail_0?psc=1&pd_rd_i=B0

CR5G6DW8&pd_rd_w=2DDaa&content-id=amzn1.sym.953c7d66-4120-4d22-a777-f19

dbfa69309&pf_rd_p=953c7d66-4120-4d22-a777-f19dbfa69309&pf_rd_r=P8410ADPX6

Q44Q7V51X6&pd_rd_wg=HPLhA&pd_rd_r=0c7e8e56-3fb8-47b2-8f10-17a43246fa1d

&s=sporting-goods&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWwy

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**



    The AOB took us to court, and the infringing product the AOB sued was only our first generation product. However, I found many differences between our first generation product and AOB's US patent 10,514,225 B2. As is shown in the picture below.



A=Left screw hole side panel

B=right screw hole side panel

C=Power main shaft

C1=Left-hand thread

C2=right-hand thread

D1=Directional guide pin1

D2=Directional guide pin2

D3=Directional guide pin3

D4=Directional guide pin4

G=Kinetic energy rotating handle

F=1/4Mounting screw hole

F=3/8Mounting screw hole

**Revised 9/2007**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**



When closed at the same time, the rotation G is opened through the 1, 2, 3 running track



When closed at the same time, the rotation G is opened through the 3, 2, 1 running track



FIG. 8

76C=Internal and external tooth transfer screw sleeve

76D=Pin steering sleeve

78= Adjustable Ambidextrous Swivel

AOB action track: Through 78 rotation, drive 76C and 76D, and then to 76 and 86 for movement,

**Revised 9/2007**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**



图 9

W: Adjusting support, we don't have this.

T: Triangle frame, their product only has the shooting function when lying down or placed on the table. Our product can be used in various environments such as mountains, forests, rivers, and plains by standing, lying down, crawling, and adjusting various angles. Their product does not have these functions.

in summary:

Firstly, in terms of appearance: Their product differs from ours by over 95%; As shown in Figure 9

Secondly, in terms of invention patents: Our usage specifications, component motion trajectories, and multiple functions of the product are completely different from their products, completely exceeding their patent requirements specification US 10514225 B2. Our product has features that their patented products do not have, with a difference of over 80%.

On September 13, 2023, no information was received from AOB at that time

It was not until November 6, 2023, that the Glen production manager of AOB Company in China informed us that,

We used their trademark keywords. At that time, we provided the US registered trademark R mark file and found that the registration failed in October 2023. We immediately took it down and cleared all related keywords. At the same time, we also explained this clearly to Glenn and gained understanding.

On January 19, 2024, we also received the US 10514225 B2 trademark certificate sent by AOB company. We immediately stopped all shipments from China to Amazon warehouses in the United States and closed the disputed goods in our warehouse in China

**Revised 9/2007**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**



At present, the products sold in our Amazon warehouse are the second generation, the third generation and the fourth generation, which have nothing in common with theirs. Without any appearance patent, BOG company cheated our company with the appearance patent US 10,514,225 B2 of Caldwell company, which led to the bankruptcy of our company and caused serious adverse effects on our company, resulting in a serious breach of trust of legal person. The loss is far greater than the value of the goods. At the same time, I hope that the American court can handle this matter fairly and notarically, because the American court is the pacesetter of human civilization in the world and the model for the world to learn from. And American courts are the world's leading defenders of human rights.Two years ago, for this reason, BOG company reported US on the Amazon platform with the appearance patent US 10,514,225 B2 of Caldwell Company. Finally, Amazon platform checked all the materials and reviewed our application materials, and revoked BOG's unreasonable demand. The Bog company is to attack its peers, monopolize the market, and destroy the fair trading platform.

We hope that both sides will abide by international economic and trade rules, not create trade frictions, not harm the interests of both sides, and compete fairly to serve the American people. Do not have differences for this product, bring harm to both sides, but also hope not to waste the United States legal resources and jury and other human and material resources, do not create a burden on the American society, create a good home for China and the United States。

The accused:changchunhua

Email：1401349837@qq.com

14.09.2024

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

V.      Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Cancel all groundless lawsuits of AOB Company

2. AOB company assures us that it will not report our products for a long time in the future

3. AOB shall pay all expenses incurred by the Court

VI. The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __16__ day of ___09__ , 20 _24_____

(Signature of plaintiff or plaintiffs)

Nanyang Jianling Trading Co.,Ltd.

(Print name)

Nanyang Jianling Trading Co.,Ltd

(I.D. Number)

91411303MA9LA3HE83

(Address)

Meixi Street Yiyuan Community Nanyang City Wolong District Henan 473000 CN

**13**          **Revised 9/2007**

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**