IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AOB PRODUCTS COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANYANG JIANLING TRADING CO., LTD.,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00472<br><br>**Hon. John F. Kness**<br><br>**Magistrate Judge Sunil R. Harjani** |

### PLAINTIFF'S MOTION TO STRIKE PLEADINGS AND MOTION FOR ENTRY OF DEFAULT

Plaintiff AOB Products Company ("Plaintiff") moves to strike Defendant Nanyang Jianling Trading Co., Ltd.'s ("Defendant") Amended Complaint (ECF No. 10) pursuant to Fed. R. Civ. P. 12(f). Plaintiff additionally moves for entry of default against Defendant based on Plaintiff's action for infringement of U.S. Patent No. 10,514,225. In support of this Motion, Plaintiff submits the accompanying Memorandum of Law which fully sets forth the reasons for the relief requested.

WHEREFORE, Plaintiff respectfully requests that this Court grant their Motion to Strike Defendant's pleading (ECF No. 10), and enter judgement of Count I for patent infringement of U.S. Patent No. 10,514,225 against Defendant.

| | |
|---|---|
| Date: October 2, 2024 | Respectfully submitted,<br><br>/s/ Devon C. Beane<br>Devon C. Beane (IL6303129)<br>**K&L GATES LLP**<br>70 W. Madison Street, Suite 3300<br>Chicago, IL 60602<br>Tel.: (312) 372-1121<br>Fax: (312) 827-8000<br>devon.beane@klgates.com<br><br>*Attorney for Plaintiff AOB Products Company* |